

FILED
CLERK, U.S. DISTRICT COURT

AUG 2 1 2020

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MALIEK MILLER,

Defendant.

Case No.  20-MJ-3950

ORDER OF DETENTION

I.

On August 21, 2020,  Defendant made his initial appearance in this district on the criminal complaint filed in the Eastern District of New York.   Deputy Federal Public Defender Callie Steele was appointed to represent Defendant.   A detention hearing was held.

☐     On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒     On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure:  ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community.  [18 U.S.C. § 3142(g)] The Court also

1  considered all the evidence adduced at the hearing, the arguments of counsel, and
2  the report and recommendation of the U.S. Pretrial Services Agency.

3                                    IV.

4        The Court bases its conclusions on the following:

5        As to risk of non-appearance:

6        ☒        Lack of sufficient bail resources

7        ☒        Defendant's presence in the Central District of California where
8  he was arrested was in violation of his parole conditions as defendant did not
9  notify or obtain authorization from his parole officer to travel and Defendant did
10 not disclose this information to Pretrial Services, instead claiming that he was in
11 the Central District for a two-week vacation.

12       ☒        No ties to the Central District of California

13

14       As to danger to the community:

15       ☒        Allegations in the complaint detailing Defendant's involvement
16 in discharging a firearm in close proximity to a group of people in front of a
17 residential building, and fleeing the scene.

18       ☒        criminal history includes felony convictions for possession of a
19 loaded firearm and assault with intent to cause great bodily injury, and the
20 commission of criminal offenses while on release pending criminal charges.

21

22                                   V.

23       IT IS THEREFORE ORDERED that the defendant be detained until trial
24 and be transported to the United States District Court for the Eastern District of
25 New York for further proceedings.  The Court directed both government counsel
26 and defendant's counsel to follow up with government counsel in the charging
27 district regarding Defendant's next scheduled appearance, and the status of

28

                                     2

1  defendant's transportation to, and arrival in, the charging district for his next
2  appearance.

3

4       The defendant will be committed to the custody of the Attorney General for
5  confinement in a corrections facility separate, to the extent practicable, from
6  persons awaiting or serving sentences or being held in custody pending appeal.
7  The defendant will be afforded reasonable opportunity for private consultation
8  with counsel.  On order of a Court of the United States or on request of any
9  attorney for the Government, the person in charge of the corrections facility in
10 which defendant is confined will deliver the defendant to a United States Marshal
11 for the purpose of an appearance in connection with a court proceeding.
12 [18 U.S.C. § 3142(i)]

13

14 Dated: August 21, 2020            _____/s/_____
                                       HON. ALKA SAGAR
15                                     UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

                                    3